UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| HELEN MATTHEWS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security, )<br>    Defendant. ) | Civil Action No. 4:15-cv-04137-JEH<br><br>Magistrate Judge Jonathan E. Hawley |

## ORDER

The court grants Defendant's Agreed Motion to Award Attorney Fees and Expenses and awards plaintiff $6,200 (six thousand and two hundred dollars) for attorney fees and expenses. The award fully and finally satisfies any and all claims for attorney fees, expenses, and costs that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to plaintiff and not her attorney. The fees can be offset to satisfy any pre-existing debt that plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). Plaintiff has provided defendant with a valid assignment of fees. If defendant can verify that plaintiff does not owe pre-existing debt to the government subject to offset, defendant will direct payment of the award to plaintiff's attorney pursuant to the EAJA assignment.

DATED:   July 20, 2016          ENTER:

                                                              s/ Jonathan E. Hawley
                                                 JONATHAN E. HAWLEY
                                                 United States Magistrate Judge